**93–2331.** Canton Storage & Transfer Co., Inc. v. Pub. Util. Comm. Public Utilities Commission, Nos. 90–506–TR–ACE, 90–507–TR–ACE, 90–508–TR–ACE and 90–509–TR–ACE. On motion for stay. Motion denied.

On motion for leave to intervene. Motion granted.

**93–2343.** Cleveland Elec. Illum. Co. v. Lake Underground Storage Corp. *Lake County*, No. 93–L–039. On motion for stay. Motion denied.

F.E. SWEENEY, J., not participating.

**93–2348.** Cincinnati Bengals, Inc. v. Papania. *Hamilton County*, No. C–920272. On joint motion for stay. Motion granted.

F.E. SWEENEY, J., dissents.

**93–2380.** State v. Carr. *Franklin County*, No. 87AP–1006. On motion for stay. Motion denied. WRIGHT, J., dissents.

**93–2639.** In re Miamisburg Train Derailment Litigation. *Montgomery County*, Nos. 14014 and 14023. On motion for stay. Motion granted and bond continued.

WRIGHT and PFEIFER, JJ., would grant the motion.

MOYER, C.J., not participating.

*Thursday, January 6, 1994*

## MOTION DOCKET

**94–1.** State ex rel. Northpoint Athletic Club II, Inc. v. Corrigan. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relators' request for alternative writ and request for temporary writ,

IT IS ORDERED by the court that the request for alternative writ be, and the same is hereby, granted and respondent is ordered to show cause on or before January 26, 1994 why a peremptory writ of prohibition should not be issued.

## *MISCELLANEOUS DISMISSALS*

**93–2491.** Hitchens v. Ohio Dept. of Transp. *Franklin County*, No. 93AP–315. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for